Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−22794−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Fugnitti Jr.                               Annette Fugnitti
   10 Boulder Drive                                 10 Boulder Drive
   Barnegat, NJ 08005                           Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3709                                        xxx−xx−5615

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 21, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17
Order Denying Approval of Reaffirmation Agreement Re: ACAR Leasing Ltd − Re: 2015 GMC Terrain. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/21/2017. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 21, 2017
JAN: ckk

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-22794-KCF
Henry Fugnitti, Jr.                                                   Chapter 7
Annette Fugnitti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 21, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
cr              +ACAR Leasing Ltd.,   d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
           Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
           RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donna B. Vlahakis    on behalf of Joint Debtor Annette  Fugnitti HandVnj@gmail.com
          Donna B. Vlahakis    on behalf of Debtor Henry  Fugnitti, Jr. HandVnj@gmail.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave     trustee@hargravelaw.com,   jwh@trustesolutions.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6