UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Henry Fugnitti, Jr. and
Annette Fugnitti

Case No.: 17-22794

Chapter: 7

Judge: Kathryn C. Ferguson

# ORDER REGARDING REAFFIRMATION AGREEMENT
# OF PERSONAL PROPERTY LEASE

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

**DATED: September 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Order Regarding Reaffirmation Agreement**
**Page 2**

The Reaffirmation Agreement between the Debtor(s) and

ACAR Leasing Ltd - Re: 2015 GMC Terrain
_____
is DISAPPROVED. The Court finds that the subject of the reaffirmation agreement is a personal property lease and therefore governed by 11 U.S.C. § 365(p), not § 524. The parties may enter into a lease assumption agreement under § 365(p)(2) without need for court approval. Lessors should be guided by D.N.J. LBR 4001-2 regarding sending notices to the debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-22794-KCF
Henry Fugnitti, Jr.                                                                     Chapter 7
Annette Fugnitti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 1                 Date Rcvd: Sep 21, 2017
                               Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb          #+Henry Fugnitti, Jr.,    Annette Fugnitti,    10 Boulder Drive,    Barnegat, NJ 08005-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donna B. Vlahakis    on behalf of Joint Debtor Annette    Fugnitti HandVnj@gmail.com
              Donna B. Vlahakis    on behalf of Debtor Henry    Fugnitti, Jr. HandVnj@gmail.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6