**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Henry Fugnitti Jr. | Social Security number or ITIN  xxx–xx–3709 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Annette Fugnitti | Social Security number or ITIN  xxx–xx–5615 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–22794–KCF

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Henry Fugnitti Jr.                              Annette Fugnitti

9/22/17                                         **By the court:**   Kathryn C. Ferguson
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-22794-KCF
Henry Fugnitti, Jr.                                             Chapter 7
Annette Fugnitti
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1       Date Rcvd: Sep 22, 2017
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db/jdb         #+Henry Fugnitti, Jr.,    Annette Fugnitti,    10 Boulder Drive,    Barnegat, NJ 08005-2042
cr              +ACAR Leasing Ltd.,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516896488       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516896489       +Chase,   1 Chase Manhattan Plaza,    New York, NY 10005-1401
516896491       +Health Village Imaging, LLC,    1301 NJ-72 - # 100,    Manahawkin, NJ 08050
516896493       +Quality Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 21:37:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 21:37:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr               EDI: GMACFS.COM Sep 22 2017 21:43:00       Ally Capital,   serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
516896483       +EDI: GMACFS.COM Sep 22 2017 21:43:00       Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
516896484       +EDI: BANKAMER2.COM Sep 22 2017 21:43:00      Bank of America,    100 North Tyron Street,
                 Charlotte, NC 28255-0001
516896485       +EDI: TSYS2.COM Sep 22 2017 21:43:00       Barclays Bank Delaware,    Bankruptcy Dept.,
                 125 S. West Street,    Wilmington, DE 19801-5014
516896486       +EDI: CAPITALONE.COM Sep 22 2017 21:43:00      Capital One,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
516896487        EDI: RMSC.COM Sep 22 2017 21:43:00       Care Credit,   SYNCB,    PO Box 960061,
                 Orlando, FL 32896-0061
516896490       +EDI: PHINAMERI.COM Sep 22 2017 21:43:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
516896492       +EDI: CBSKOHLS.COM Sep 22 2017 21:43:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-7096
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donna B. Vlahakis    on behalf of Joint Debtor Annette  Fugnitti HandVnj@gmail.com
              Donna B. Vlahakis    on behalf of Debtor Henry  Fugnitti, Jr. HandVnj@gmail.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,    jwh@trustesolutions.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```