Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–22794–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Henry Fugnitti Jr. | Annette Fugnitti |
| 10 Boulder Drive | 10 Boulder Drive |
| Barnegat, NJ 08005 | Barnegat, NJ 08005 |

Social Security No.:
   xxx–xx–3709                                xxx–xx–5615

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 10, 2017                   Kathryn C. Ferguson
                                         Judge, United States Bankruptcy Court